United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIYAHU KHANKIN,<br>Plaintiff,<br>v.<br>CSL BEHRING, L.L.C.,<br>Defendant. | Case No. 24-cv-04030-SVK<br><br>**REDACTION ORDER** |

The Court provisionally filed under seal the August 18, 2026, Order on Motions for Summary Judgment. By **September 14, 2026**, the Parties must submit joint proposed redactions accompanied by an administrative motion to seal that complies with applicable law and Civil Local Rule 79-5. If the Court does not receive any proposed redactions by the deadline, it will unseal the Order.

**SO ORDERED.**

Dated: August 18, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge