UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIYAHU KHANKIN,

Plaintiff,

v.

CSL BEHRING, L.L.C.,

Defendant.

Case No. 24-cv-04030-SVK

**ORDER RE PENDING ADMINISTRATIVE MOTIONS FOR LEAVE TO FILE UNDER SEAL**

Re: Dkt. Nos. 63, 64, 65, 72

On and after May 12, 2026, the Parties filed several administrative motions for leave to file under seal materials relating to their motions for summary judgment. Dkt. 63, 64, 65, 72. To efficiently address those motions to seal, the Court **ORDERS** the Parties to file a joint omnibus proposed order encompassing the motions to seal by **September 14, 2026**. The Parties shall also submit a Word version of the proposed order to svkcrd@cand.uscourts.gov.

The omnibus proposed order should set forth the pending motions to seal in order of the docket number of the original sealing motion, as depicted below:

| Dkt. Nos. of Original Sealing Motion and Declaration/Statement in Support of Sealing submitted pursuant to Civ. L.R. 79-5(c) or 79-5(f)(3) | Description of Document Sought to be Sealed | Page and Line Numbers of Text Sought to be Sealed | Basis for Sealing | Court's Order |
|---|---|---|---|---|

If the Party seeking to seal a particular document or portion of document has not yet submitted the following documents, that Party must include them with the omnibus proposed

United States District Court
Northern District of California

United States District Court
Northern District of California

order:

- A statement or declaration in support of sealing pursuant to Civil Local Rule 79-5(c)(1) or (f)(3); and
- A unredacted version of the document sought to be sealed that highlights the portions for which sealing is sought. *See* Civ. L.R. 79-5(e)(2).

This Order terminates Dkt. 63, 64, 65, and 72. The Court will issue an order addressing the sealing motions after it receives the omnibus proposed order and other materials specified above.

Failure to submit the materials specified above by the deadline will result in denial of the relevant sealing motions.

**SO ORDERED.**

Dated: August 18, 2026

SUSAN VAN KEULEN
United States Magistrate Judge