UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIYAHU KHANKIN,<br>Plaintiff,<br>v.<br>CSL BEHRING, L.L.C.,<br>Defendant. | Case No. 24-cv-04030-SVK<br><br>**AMENDED CASE MANAGEMENT ORDER** |

The Court in receipt of [81] the Parties' stipulation to continue the trial date. The Court accordingly **AMENDS** the case schedule as follows:

- Trial is continued to 2/22/2027.
- The Pretrial Conference will take place in person on 2/11/2027 at 9:30 a.m.
- Pretrial filings as required under the undersigned's Civil Pretrial Standing Order are due 1/21/2027 and 1/28/2027.
- The deadline to complete a further mediation session with ADR Program Director Jill Kopeikin is 12/31/2026.

**SO ORDERED.**

Dated: August 24, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California