Nalee Xiong (SBN 334816)
xiongn@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
CSL BEHRING, L.L.C.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIYAHU KHANKIN, on behalf of himself,

Plaintiff,

v.

CSL BEHRING, L.L.C., a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,

Defendants.

Case No. 5:24-cv-04030-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

I, Elizabeth K. McManus, an active member in good standing of the bars of the states of Pennsylvania, New Jersey, and New York, the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, and the United States District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Pennsylvania, and District of New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: CSL Behring, L.L.C. in the above-entitled action. My local co-counsel in this case is Nalee Xiong, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 334816.

Elizabeth K. McManus
1735 Market Street, Floor 51
Philadelphia, PA 19103
*mcmanuse@ballardspahr.com*

Nalee Xiong
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
*xiongn@ballardspahr.com*

I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are:

- NJ 000762009 (Active)
- NY 4332896 (Active)
- PA 210274 (Active)

A true and correct copy of a certificate of good standing or equivalent official document from the United States District Court for the Southern District of New York is attached to this application.

I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026 in Philadelphia, Pennsylvania.

*/s/ Elizabeth K. McManus*
Elizabeth K. McManus

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elizabeth K. McManus is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: September 2, 2026

Susan van Keulen

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE