Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIYAHU KHANKIN, on behalf of himself,<br><br>Plaintiff,<br><br>v.<br><br>CSL BEHRING, L.L.C., a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-04030-SVK<br><br>**JOINT OMNIBUS ~~[PROPOSED]~~ ORDER RE MOTIONS TO SEAL [DKT. 63, 64, 65, 72]**<br><br>**JUDGE:** Hon. Susan van Keulen |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

## JOINT OMNIBUS ~~[PROPOSED]~~ ORDER

The Court, having reviewed:

- Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (L.R. 79-5(f)) [Dkt. 63];
- Defendant's Administrative Motion to File Under Seal [Dkt. 64];
- Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Motion for Partial Summary Judgment and Exhibits to the Declaration of Stephen Noel Ilg; Memorandum of Points and Authorities in Support Thereof [Dkt. 65]; and
- Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment and Supporting Exhibit; Memorandum of Points and Authorities [Dkt. 72];

and having fully considered all other papers filed by the parties and the argument of counsel, if any, **HEREBY ORDERS** as follows:

| **Dkt. Nos. of Original Sealing Motion and Declaration/Statement in Support of Sealing submitted pursuant to Civ. L.R. 79-5(c) or 79-5(f)(3)** | **Description of Document Sought to be Sealed** | **Page and Line Numbers of Text Sought to be Sealed** | **Basis of Sealing** | **Court's Order re Sealing** |
|---|---|---|---|---|
| Dkt. 65 | | | | The items included in this motion to seal were not included in the Parties' omnibus proposed sealing order filed on September 11, 2026 (Dkt. 91), as directed by the Court in the order at Dkt. 85. If |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

| | | | | |
|---|---|---|---|---|
| | | | | Plaintiff still seeks to seal the material covered by the motion to seal at Dkt. 65, by **October 21, 2026** he must submit a proposed order that complies with the requirements set forth in Dkt. 85. If no proposed order is received by the deadline, the Court will order that the material covered by the motion to seal at Dkt. 65 be unsealed. |
| Dkt. 63 and 63-1 | Exhibit 3 to Plaintiff's Deposition Transcript, 2024 W-2 Beacon Hill Staffing Group LLC (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ ) | Entirety of document | Designated confidential by Plaintiff. Defendant submitted the document pursuant to L.R. 79-5(f) and takes no position as to whether the document is entitled to confidential protection or should be sealed. | GRANTED |
| Dkt. 63 and 63-1 | Exhibit 32 to Plaintiff's | Entirety of document | Designated confidential by | GRANTED |

| | | | | |
|---|---|---|---|---|
| | Deposition Transcript, Costco Audiogram 5/31/2023 (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ ) | | Plaintiff. Defendant submitted the document pursuant to L.R. 79-5(f) and takes no position as to whether the document is entitled to confidential protection or should be sealed. | |
| Dkt. 63 and 63-1 | Exhibit 33 to Plaintiff's Deposition Transcript, Costco Hearing Aid Receipt (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ ) | Entirety of document | Designated confidential by Plaintiff. Defendant submitted the document pursuant to L.R. 79-5(f) and takes no position as to whether the document is entitled to confidential protection or should be sealed. | GRANTED |
| Dkt. 63 and 63-1 | Purported transcript of audio recording of Plaintiff's performance review obtained without all parties' consent (**Exhibit E** to Decl. of Nima Darouian in Support of Defendant's MSJ ) | Entirety of document | Designated confidential by Plaintiff. Defendant submitted the document pursuant to L.R. 79-5(f) and takes no position as to whether the document is entitled to confidential protection or | GRANTED |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

| | | | | |
|---|---|---|---|---|
| | | | should be sealed. | |
| Dkt. 64 and 64-1 | Exhibit 19 to Plaintiff's Deposition Transcript, Excel Summary of Plaintiff's downloads to his personal box.com (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ) | Entirety of document | Confidential information related to Defendant's proprietary study materials and documents pertaining to scientific trials that Plaintiff improperly downloaded. | GRANTED |
| Dkt. 64 and 64-1 | Exhibit 20 to Plaintiff's Deposition Transcript, DLP Incident Report (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ) | Entirety of document | Confidential detailed account of sensitive data that was improperly downloaded by Plaintiff, including excerpts of proprietary clinical studies accessed by Plaintiff. | GRANTED |
| Dkt. 64 and 64-1 | Exhibit 23 to Plaintiff's Deposition Transcript, CSL Global Use of Photography, Filming and Recording Devices (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ) | Entirety of document | Confidential internal document concerning use of technology equipment and sensitive information at CSL intended only for company employees. | GRANTED |
| Dkt. 64 and 64-1 | Plaintiff's Deposition Transcript (**Exhibit D** to Decl. of Nima Darouian in Support of Defendant's MSJ) | Pg. 130, line 24; Pg. 222, line 3; and Pg. 228, line 5 | Discusses confidential information and documents Plaintiff downloaded as well as the names of various | GRANTED |

| | | | | |
|---|---|---|---|---|
| | | | scientific trials in which he participated | |
| Dkt. 64 and 64-1 | ISF Acceptable Use Standard Policy (**Exhibit C** to Decl. of Greg Stewart in Support of Defendant's MSJ) | Entirety of document | Confidential internal document concerning use of technology equipment and sensitive information at CSL intended only for company employees. | GRANTED |
| Dkt. 72 and 72-1 | Exhibit A to Ilg Opposition Declaration, Plaintiff's Offer Letter | Entirety of document (Dkt. 71-1, Exh. A, Plaintiff's Offer Letter) and References within Document (Dkt. 71, Memorandum of Points and Authorities.) | Contains confidential compensation information subject to privacy rights. | GRANTED |
| Dkt. 72 and 72-1 (See also Dkt. 76 and 76-1) | Exhibit D to Ilg Opposition Declaration, Plaintiff's Performance Reviews | Entirety of document (Dkt. 71-1, Exh. D, Plaintiff's Performance Reviews) and References within Document (Dkt. 71, Memorandum of Points and Authorities.) | Contains confidential discussions of specific clinical trials Plaintiff was involved in during his employment with CSL. | GRANTED |
| Dkt. 72 and 72-1 (See also Dkt. 76 and 76-1) | Exhibit E to Ilg Opposition Declaration, Transcript of Performance Review Meeting | Entirety of document (Dkt. 71-1, Exh. E, Transcript of Performance Review Meeting) and References within Document | Contains confidential discussion of performance review. | GRANTED |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

| | | | | |
|---|---|---|---|---|
| | | (Dkt. 71, Memorandum of Points and Authorities.) | | |
| Dkt. 72 and 72-1 (See also Dkt. 76 and 76-1) | Exhibit H to Ilg Opposition Declaration, Excel Summary of Plaintiff's downloads to his personal box.com and DLP Incident Report | Entirety of document (Dkt. 71-1, Exh. H, Summary of Downloads) and References within Document (Dkt. 71, Memorandum of Points and Authorities.) | Confidential information related to Defendant's proprietary study materials and documents pertaining to scientific trials that Plaintiff improperly downloaded. Confidential detailed account of sensitive data that was improperly downloaded by Plaintiff, including excerpts of proprietary clinical studies accessed by Plaintiff. | GRANTED |
| Dkt. 72 and 72-1 (See also Dkt. 76 and 76-1) | Exhibit K to Ilg Opposition Declaration, Excerpts of Plaintiff's Deposition Transcript. | Pg. 222, line 3 | Discloses the name of a confidential document Plaintiff downloaded from a clinical trial in which he participated and identifies the name of a clinical trial. | GRANTED |
| Dkt. 72 and 72-1 (See also Dkt. 76 and 76-1) | Exhibit R to Ilg Opposition Declaration, CSL Training Policy | Entirety of document (Dkt. 71-1, Exh. R, CSL Training Document) and References within Document (Dkt. 71, Memorandum | Confidential, internal policy that concerns the use of technology equipment, specifically regarding data transfer policies and procedures regarding how | GRANTED |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

| | | | | |
|---|---|---|---|---|
| | | of Points and Authorities.) | Defendant manages and protects its data. | |
| Dkt. 72 and 72-1 (See also Dkt. 76 and 76-1) | Exhibit S to Ilg Opposition Declaration, Subpoenaed production from ICON. | Entirety of document (Dkt. 71-1, Exh. S, ICON Production) and References within Document (Dkt. 71, Memorandum of Points and Authorities.) | Confidential guide between CSL and third-party ICON concerning effective communications related to a clinical trial conducted at CSL. | GRANTED |

**IT IS ORDERED**

DATED: October 7, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE