UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIYAHU KHANKIN,
Plaintiff,
v.
CSL BEHRING, L.L.C.,
Defendant.

Case No. 24-cv-04030-SVK

**ORDER TO UNSEAL ORDER ON MOTIONS FOR SUMMARY JUDGMENT**

Re: Dkt. No. 83

The Court's redaction order dated August 18, 2026 (Dkt. 84) set a deadline of September 14, 2026 for the Parties to submit proposed redactions to the Court's Order on Motions for Summary Judgment (Dkt. 83), which has been provisionally filed under seal. The Parties have not submitted any proposed redactions, supporting declaration(s), or a proposed order as of the date of this order. Accordingly, **IT IS HEREBY ORDERED** that the Court's Order on Motions for Summary Judgment (Dkt. 83) shall be unsealed in its entirety.

**SO ORDERED.**

Dated: October 7, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge